FILED BY ___PG___ D.C.

APR 26 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Creator; The Grenon Family Trust; Mark Scott, Jonathan David, Jordan Paul, Joseph Timothy Pastors of Genesis II Church of Health and Healing

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

a De facto private foreign for profit governmental services company Dun and Bradstreet #

Court/Bank CUSIP Attaching No. **1:20-mj-03050-AOR**

21-CR-20242-Altonaga

UNITED STATES OF AMERICA - A De facto Private Shareholder owned Bankrupt Foreign for profit governmental services Corporation Listed on Dun and Bradstreet #
Acting as Executor De San Tort

Our Government is a Republic Properly called The United States of America

V.

MARK SCOTT GRENON - VESSEL
By: Mark Scott Grenon - Executor

JONATHAN DAVID GRENON - VESSEL
By: Jonathan David Grenon - Executor

JORDAN PAUL GRENON - VESSEL
By: Jordan Paul Grenon - Executor

JOSEPH TIMOTHY GRENON - VESSEL
By: Joseph Timothy Grenon - Executor

At peace and in Honor - Executors/Affiants

## Motion to Dismiss Criminal Complaint

As Declared by Ex post facto Indictment and WAR; RANT -
a Declaration of War on named Sovereign
"*We the People*" creators/executors of government

Appearing by Special Appearance by Writing and remaining with Honor and peace in Order to achieve full settlement and closure of this matter before the court claim that we the Fiduciaries of the VESSEL's Named above having claimed the minor estate (CQV) and not under standing or consenting in any other matter, nor turning over any other jurisdiction, nor un-a lien-able rights, hereby declare under Oath and under the Pains and Penalties of Perjury Claim via this Affidavit, that the below facts are true and

shall be upon this "public record of this court". Being all competent, Sui Juris, of age and sound mind, state nationals of Florida known as Floridians, **NOT** as Citizens, Persons, Residents, hereby declare below....

1. That more than 120 days have passed, unlawfully held before Hearing violating due process.
2. That no Penal Sum was disclosed upon the "True Bill" (the indictment) invoice therefore no negotiation of the amounts for services could be made. No Past due Bill was given nor "opportunity to Cure".
3. That No Crimes were committed. Nor did there exist, any <u>intent</u> to commit any crime.
4. That both our Unalienable rights given by God and preexisting government and our Civil rights (act of 1964) were violated by actors/agents of De Facto Government foreign to <u>us</u> as State Nationals.
5. We are all fully unaware of any contract that could compel us to perform and if one does exist produce it now and we will follow it to the full extent of the law.
6. That No negotiation of Contract was offered. No meeting of minds occurred. No Full and Honest Disclosure. No Privity of contract existed. No consideration. No like kinds.
7. That we are unaware that Corporate By-laws do even apply to God fearing sons, (Mankind) not residing in a Foreign Federal District inhabiting our body's on Florida and Columbia serving Christ YAHWE our Savior.
8. That Our Religious freedoms have been violated. Our Freedom of speech violated. All do to Policies of the FDA unlawfully issued by someone an employee Ms. Dix (<u>Not</u> Appointed or <u>Not</u> elected), (under litigation currently).
9. That no Actor or Agent ever produced a Oath to the Republic or De Jure government of The United States of America. Therefore acting and pretending to be government under "Color of Law" to a deprivation of rights as foreign Government. Therefore committing Capital Felony Treason and the existence of other crimes.

10. We are unaware that mere Freemen and women are subject to the limitations of government, that we shall be self governed, but we do believe that governments are subject to the limitations of the Constitutions and treaties, absent Contracts.
11. That we claim we are not paupers, despondents, nor Chattel. USC Title 12 s 411 that we operate with real money gold or silver or its exchange.
12. That we shall seek Remedy and ask the Honor of this court to release charges immediately. That by admission of mutual mistake all shall be made whole.

Sincerity in Repentance,

Mark Scott Grenon - Executor


Johnathan David Grenon - Executor


Jordan Paul Grenon - Executor


Joseph Timothy Grenon - Executor

FedEx Saturday Delivery

**SDR**

151967 REV 7/08 RRD

FL-US
33128 MIA

XO MPBA

PRIORITY OVERNIGHT
SATURDAY 12:00P

TRK# 7863 3789 0629 0201

FedEx Express

(801) 808-7008
INV: PKG ID: 70815
PO:
REF: JODY JOHNSON    DEPT:

COURT DISTRICT OF FLORIDA
400 N MIAMI AVE
ATT: CLERKS OFFICE
MIAMI FL 33128

TO

RIGBY, ID 83442
UNITED STATES US

BILL SENDER

127 EAST SHORT S.
SPEEDY CPS
SHIPPING & PACKAGING EXPERTS
ORIGIN ID:IDAA (208) 745-1556

SHIP DATE: 23APR21
ACTWGT: 0.10 LB
CAD: 250493317/WSXI3600

By _MAG_

USMS INSPECTED

RT 458  04.24
FZ 459  0629
A       1
RT 7    12:00
FZ 7    E