**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20242-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

  Plaintiff,
vs.

**MARK SCOTT GRENON**,
**JONATHAN DAVID GRENON**,
**JORDAN PAUL GRENON**, and
**JOSEPH TIMOTHY GRENON**,

  Defendants.
_____/

## ORDER CONTINUING TRIAL

  **THIS CAUSE** came before the Court on the Government's Motion to Continue Trial [ECF No. 41]. Jury trial was set for the two-week period commencing September 27, 2021. (*See* Order Setting Trial Date [ECF No. 40] 1). The Government requests the Court continue trial in this matter until March 28, 2022. (*See* Mot. 13). The Court held a hearing on the Motion on July 13, 2021. The Court has considered the Motion, and being otherwise fully advised, the Motion is granted.

  Defendant, Mark Grenon and his three sons, Defendants, Jonathan, Jordan, and Joseph Grenon, "are charged with leading a decade-long conspiracy in which they sold toxic bleach as a 'miracle' cure for a litany of serious diseases and disorders, including cancer, Alzheimer's, autism, Parkinson's, multiple sclerosis, HIV/AIDS, and, most recently, COVID-19." (Mot. 1). In addition, all four Defendants are charged with criminal contempt because they allegedly defied a district judge's order to cease distributing their toxic bleach and then threatened the judge with violence. (*See id.*).

CASE NO.   21-20242-CR-ALTONAGA

Defendants, Mark and Joseph Grenon are presently in Colombia, contesting "extradition proceedings initiated by the United States to secure their return to the Southern District of Florida for prosecution." (*Id.*).   Considering these two Defendants are contesting their extraditions, it is doubtful they will be present in this District and ready for trial on September 27.   (*See id.*).   The Government requests a six-month continuance of trial to allow time for Mark and Joseph Grenon to be extradited and all four charged conspirators to be tried together.   (*See id.*).   According to the Government, a joint trial would reduce the risk of inconsistent verdicts, lighten the burden on victims and witnesses, increase efficiency, and conserve scarce judicial resources.   (*See id.* at 8). The Court agrees.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e*., from the date the Motion was filed, July 6, 2021, to the date trial commences — is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161.   The parties shall adhere to the following pre-trial and trial schedule:

1. All pre-trial motions and motions *in limine* must be filed by **January 24, 2022**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.   Motions *in limine* may exceed the page limits allowed by the Rules.

CASE NO.   21-20242-CR-ALTONAGA

2. The deadline for the tendering of guilty pleas is **February 25, 2022**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3. Calendar call will be held on **Tuesday, March 8, 2022 at 9:00 a.m.** The case is set for **Jury Trial** during the two-week trial period that begins **March 14, 2022**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of July, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record
      Defendants, *pro se*

2