UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20242-CR-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSEPH TIMOTHY GRENON,

      Defendant.

_____/

## ORDER AUTHORIZING DEFENDANT
## TO REPRESENT HIMSELF

**THIS CAUSE** came before the Court for a hearing on December 29, 2021 to address Defendant, Joseph Timothy Grenon's rejection of court-appointed counsel and his expressed intention to represent himself. At the hearing, Defendant was placed under oath and advised he wishes to proceed *pro se*. After a thorough *Faretta* inquiry, and despite the undersigned's findings that Defendant does not have the skill or training to represent himself, and that it is inadvisable that Defendant represent himself, the Court concludes Defendant's request to represent himself is knowing, intelligent and voluntary. Accordingly, the Court **GRANTS** Defendant's request to represent himself in this proceeding.

1

**DONE AND ORDERED** in Miami, Florida, this 29th day of December 2021.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable Cecilia M. Altonaga
       Counsel of record
       Joseph Timothy Grenon, *pro se*