UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MARK SCOTT GRENON**,
**JONATHAN DAVID GRENON**,
**JORDAN PAUL GRENON**, and
**JOSEPH TIMOTHY GRENON**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Government's Motion to Continue Trial [ECF No. 52]. In the Motion, the Government indicates it has not been able to ascertain Defendants' position on the Motion and requests the Court set a status conference. Accordingly, it is

**ORDERED AND ADJUDGED** that a status conference is scheduled for **January 5, 2022 at 11:00 a.m.**

**DONE AND ORDERED** in Miami, Florida, this 3rd day of January, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Defendants