UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JOSEPH TIMOTHY GRENON**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court on January 5, 2022 for a status conference. At the hearing, the Court addressed Defendant, Joseph Timothy Grenon's rejection of court-appointed counsel and his intention to represent himself. Defendant was placed under oath and advised he wishes to proceed *pro se*. After a thorough *Faretta* inquiry, and despite the undersigned's findings that Defendant does not have the skill or training necessary to represent himself, the Court concludes Defendant's request to represent himself is knowing and voluntary.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's request to represent himself is **GRANTED**. Nevertheless, Paul Donnelly is appointed as **stand-by counsel** for Defendant, Joseph Timothy Grenon, to provide him with assistance as requested by Defendant.

**DONE AND ORDERED** in Miami, Florida, this 5th day of January, 2022.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; Defendant, *pro se*