**FILE ON DEMAND!!!!**

**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA , THE STATE OF FLORIDA., THE STATE OF District of Columbia LEGISLATURE, THE GOVERNOR OF THE STATE OF Florida.,THE DEPARTMENT OF DEFENSE...**



Case Number:1:21 cr-20242,1:20-cv-21601 1:20-mj-03050,8:20-mj-01657

DEMAND A SHOWING OF CAUSE, **WRIT OF CORAM NON JUDICE** AND EVIDENTIARY HEARING!

Parties:

JOSEPH TIMOTHY GRENON , et al

v.

THE PEOPLE OF THE UNITED STATES OF AMERICA

> FILED BY_____D.C.
>
> MAY 09 2022
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - MIAMI

**ACCEPTANCE OF THE CORPORATE OFFER TO CONTRACT WITH FULL IMMUNITY AND WITHOUT RECOURSE.**

1. There is some confusion as to authority and identity of a party in this matter. I believe someone is attempting to simulate a lawful process. It appears that there is a claim that some man was under presumed contract, and that somehow the contract was breached, and that somehow this civil agreement could equate to a criminal liability. i; a man on behalf of the named DEFENDANT, object without recourse, and demand proof be made to appear on the record as to such validity of this erroneous presumption.

2. **i, acting on behalf of the defendant hereby object to the Court's presumed jurisdiction which is our right. See: U.S. Supreme Court Rhode Island v. Massachusetts, 37 U.S. 12 Pet. 657 (1838) Rhode Island v. Massachusetts U.S. (12 Pet.) 657 Syllabus**

3. "… Jurisdiction is the power to hear and determine the subject matter in controversy between parties to a suit -- to adjudicate or exercise any judicial power over them. An objection to jurisdiction on the ground of exemption from the process of the court in which the suit is brought or the manner in which a defendant is brought into it is waived by appearance and pleading to issue, but when the objection goes to the power of the court over the parties or the subject matter, the defendant need not, for he cannot give the plaintiff a better writ, or bill, . . . Its action (the court) must be confined to the particular cases, controversies, and parties over which the Constitution and laws have authorized it to act; any proceeding without the limits prescribed is CORAM NON JUDICE, and it's action a nullity.

4. **And whether the want or excess of power is objected by a party or is apparent to the Court, it must surcease its action or proceed extrajudicially.**

5. **Jurisdiction is the power to hear and determine the subject matter in controversy between parties to a suit,** to adjudicate or exercise any judicial power over them; the question is, whether on the case before a court, their action is judicial or extrajudicial; with or without the authority of law, to render a judgement or decree upon the rights of the litigant parties, if the law confers the power to render a judgment or decree, then the court has jurisdiction; what shall be adjudged or decreed between the parties, and with which is the right of the case, is judicial action, by hearing and determining it. 6 Peters, 709; 4 Russell, 415; 3 Peters, 203-7" Cited by STATE OF RHODE ISLAND v. COM. OF MASSACHUSETTS, 37 U.S. 657, 718 (1838)

6. From the beginning this party has said, as stated, has objected to the Court's jurisdiction, documenting the unwillingness of the defendant to submit to the Court's jurisdiction leaving the court and the so-called prosecution in want of writ and/ or bill. **An objection to jurisdiction on the ground of exemption from the process of the court I which the suit is brought or the manner in which a defendant is brought into it ... but when the objection goes to the power of the court over the parties or the subject matter, (as was the case and is the case at present) the defendant need not, for he canot give the plaintiff a better writ, or bill"** rendering the proceedings and any orders, decrees, judgments, warrants, decisions any proceeding without the limits prescribed is CORAM NON JUDICE, and its action a nullity!' "Where a Court has jurisdiction, it has a right to decide every question which occurs in the cause; and whether its decision be correct or otherwise, its judgment, until reversed, is

Conditional Acceptance for the Value/Agreement/Contract no.:
copy-right/copy-claim:
ThemanjosephRF127714578US

regarded as binding in every other Court. But, if it acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal, in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." Elliott v Peirsol, 1 Pet. 328, 340, 26 U.S. 328, 340, 7L.Ed. 164 (1828)
**WRIT OF CORAM NON JUDICE**

7.      In presence of a person not a judge. When a suit is brought and determined in a court which has no jurisdiction in the matter, then it is said to be **CORAM NON JUDICE**, and the judgment is void.

**OBJECTION**

8.      The act of a party who objects to some matter or proceeding in the course of a trial, or an argument or reason urged by him in support of his contention that the matter or proceeding objected to is improper or illegal. Used to call the court's attention to improper evidence or procedure.

9.      **We, accept your offer to contract under the following terms and conditions and this shall be construed as a counter offer, done with full immunity and without recourse with respects the undersigned and his avatar;** I shall be deemed to have obtained the age of majority retroactively, and to have disaffirmed any and all contracts made in infancy! I shall be deemed and it shall be held and adjudicated that I am a competent, natural Man, a natural person, that my words are never to be construed liberally, but contextually. That the only law that shall apply to my person is the principles of the "Golden rule" otherwise known as The Common Law. Acceptance of your offer is contingent on the aforementioned and your rebutting each and every one of the proof of claim herein, point by point with facts and conclusions of the law of the land, original jurisdiction, common law, and that I and my property and my Interest are to be considered and held fully indemnified against any and all consequences as this agreement entered into is without recourse on my behalf and interest.

10.     **It is believed that you are a commercial entity, conducting commercial business, an entity that files COMPREHENSIVE ANNUAL FINANCIAL REPORTS inclusive of references, notes, ledgers, term definitions and by this conduct you document that you do not represent the sovereign order a private organization, engaging in private contracts to offer and subscription and/or application.**

11.     i, acting on my own behalf and on behalf of the defendant, choose not to enter or engage in contract unless it's under my terms. My terms are spelled out within the body of this instrument, if you should except those/these terms in their entirety without exception and/or amendment and or augmentation, then we shall proceed. If you choose not to accept the terms of this contract, then you have subjected my person, my interests, my estate, my assets, my property to involuntary servitude, which is illegal in all venues within the borders of the United States of America, a crime for which it is punishable by imprisonment and a fine, and restitution for damage done. This shall serve as notice upon yourself and upon the agents acting in agreement and in conspiracy with you to accomplish the ends for which you presume justify the means. **You are held liable under the terms of arbitration specified herein,** arbitration is an administrative remedy that has not been exhausted as yet, a remedy that remains available to my person, to my interests, to my estate, with reference my property.

12.     **I would therefore demand that there be a showing of cause,** that a warrant, affidavit, and the contract be made to appear on the record immediately which would somehow under some felonious circumstances purport to grant the court jurisdiction.

13.     **So that we have a clear understanding,** I believe that someone held a hearing ex parte by which they sought to obtain a warrant, however, it must be known that no warrant shall issue unless upon probable cause, in accord with due process of law. The due process of law that is guarantee is every person in America be they legal person, Physical person, juristic person, and/or natural person, living person, and or artificial person, is that of common-law. Common law was the law in operation at the time and reference when the due process clause was introduced. The so-called courts are not courts of original jurisdiction, under the constitution as that is reserved for the Supreme Court. **Therefore, since it is an absolute necessity that a party**

Conditional Acceptance for the Value/Agreement/Contract no.
:copy-right/copy-claim:
ThemanjosephRF127714578US

be notified before being subjected to any significant deprivation of rights, and that the hearing not be fixed in form, I will need such to be produced on the record where notification was sent to the alleged defendant and/or his party representative, and I must demand that information be made to appear immediately!

**A continuing and running challenge to jurisdiction is now on the record.**

14.    This informed man is aware they have the right to challenge jurisdiction, and that one can challenge jurisdiction at any time, and that once jurisdiction is challenged it must be proven by the accuser. i, acting on behalf of the alleged defendant does not enter a plea (or I withdraw that plea if in error), and i do not permit anyone to enter a plea, shall never enter a plea. I have not, do not and shall not be forced and or compelled to enter your jurisdiction and or an involuntary plea.

If a plea was entered without these matters fully disclosed and there being a meeting of the minds. Those presumed contracts are now rescinded and revoked for want of jurisdiction, unless clearly addressed by answering all the following proof of claims point by point:

15.    PROOF OF CLAIM, whereas the issue of a trial or hearing exists when the plaintiff and defendant arrive at some specific or matter in which one affirms and the others denies [See: Black's Law Dictionary, 2ᵈ Ed., West Publishing, 1910, p.657], a court does not create the issue by asking the "named" defendant how they dispute the "so-called" charges.

16.    PROOF OF CLAIM, if there is a statute/law within and upon the face of a charging document/instrument which alleges/charges a violation of an unconstitutional statute/law, or is from another State, or legal entity, or even a "un/non-constitutional legislative entity," such as those statutes/laws cited from the United States Code and specifically THE ACT OF MARCH 9TH, 1933 Proclamation 2038, 2039, 2040 AND Titles 4, 7, 11, 12, 15, 16, 18, 28, 31 and 42 USC; C.F.R., THE FEDERAL REGISTRY, thereof within and upon the face of the warrant of arrest, charging document/instrument (Indictment), and affidavits in support thereof within the above referenced alleged Criminal Case/Cause, a defendant; and specifically the "named" defendant within the above referenced alleged Criminal Case/Cause, in the act of entering a plea or verdict thereto; and therein, does not thereby; and therein, admit to the geniuses of said "charging document/instrument (Indictment); and, does not admit to the validity of the statute(s)/law(s) cited therein; and, does not thereby form the issue for trial which would exist even without a plea, and **without which there would be anything before the court or jury for trial.** [See: Frisbe v. United States, 157 U.S. 160, 165; 39 L. Ed. 657 (U.S. La. 1895), which States: "The very act of pleading to it [an indictment] admits its geniuses as a record.";



Conditional Acceptance for the Value/Agreement/Contract no.
:copy-right/copy-claim:
ThemanjosephRF127714578US

Koscielski v. State, 158 N.E. 902, 903 (Ind. 1927), which States: "The plea forms the issue to be tried, without which there is nothing before the court or jury for trial."; cf. Andrews v. State, 146 N.E. 817, 196 Ind. 12 (1925); State v. Acton, 160 A. 217, 218 (N.J. 1932); United States v. Aurandt, 107 P. 1064, 1065 (N.M. 1910)]

17.     PROOF OF CLAIM- The right to not enter a plea - entering a plea is only one step in granting the Court jurisdiction to hear a matter: "It is an elementary rule of pleading, that a plea to the jurisdiction is the first (step) in the order of pleading, and that any (other or additional) plea which refers to the Court any (additional proof and or acknowledgment) other question, is a tacit admission that the Court has the right (jurisdiction) to judge in the cause (i.e. subject matter jurisdiction), and is a waiver of all exceptions (i.e. acquiescence, whereby no challenges can be allowed respecting) to the jurisdiction." Girty v. Logan, 6 Bush Ky. 8

18.     PROOF OF CLAIM- "Whenever it appears upon the record that the Court has no jurisdiction (i.e. "in want of jurisdiction"), **nothing which the parties may do or omit to do will give it** (that is, jurisdiction to the Court); but where want of jurisdiction may exist consistently with the record (fingerprints, presumptions, assumptions, photographs, affidavits, documents, Statements); a plea to the action (either entered by the Court or by counsel/attorney or by a party) is a waiver of any exception to the jurisdiction (i.e. the party waived his rights and submits to the jurisdiction of the Court)." Lawrence v. Bassett, 5 Allan 140

19.     PROOF OF CLAIM, it appears within and upon the face of the record of the alleged court of record in the above referenced alleged Criminal Case/Cause, the nature of the statute(s)/law(s) cited within and upon the face of the warrant of arrest, charging document/instrument (Indictment), and affidavits in support thereof, as relied upon by said court to assume its jurisdiction in the case/cause and over and upon the parties therein; and, the **consequences of entering a plea; as established supra at Proof of Claim were disclosed to the "named defendant" within the above referenced alleged Criminal Case/Cause, and the Undersigned by ANY "officer" of said court and/ or United States**; and, was not rather **actively concealed** and hidden from the "named" defendant and the Undersigned by said "officers"; and, such concealment does not operate to constitute/establish acts of fraud upon and against the "named" defendant and the Undersigned within the above referenced alleged Criminal Case/Cause.

20.     PROOF OF CLAIM, the proceedings in which the "named" defendant and the

Undersigned were subjected to within the above referenced alleged Criminal Case/Cause, were

not in equity/chancery; and, the conflict was not with a "un/non-constitutional" source of

authority for the existence of the statute(s)/law(s) alleged/charged as violated within and upon

the face of the warrant of arrest, charging document/instrument (Indictment), and affidavits in

support thereof.

21.     PROOF OF CLAIM, courts and the legal system today; and specifically the alleged court

of record within the above referenced alleged Criminal Case/Cause, can and do recognize and

proceed upon common-law crimes/offense, and therefore acts, which are made crimes/offenses,

are not **made so** by presumed color of law statute, or rather "Code."

22.     PROOF OF CLAIM, that **all so called crimes are not actually commercial in nature.**

[See: Constitution of/for the United States of America (1789, as amended 1791) Art. I, § 8, cl. 3

and 18; accord specifically THE ACT OF MARCH 9TH, 1933 Proclamation 2038, 2039, 2040

AND Titles 4, 7, 11, 12, 15, 16, 18, 28, 31 and 42 USC; C.F.R., THE FEDERAL REGISTRY,

USC; See Title 27 CFR § 72.11; and United States v. Volungus, 595 F.3d 1. 4-5 (1st Cir. 2010);

United States v. Pierson, 139 F.3d 501, 503 (5th Cir.), cert. denied, 525 US 896, 142 L Ed 2d

181, 119 S Ct 220, 1998 U.S. LEXIS 5985 (1998).]

23.     PROOF OF CLAIM, the lack/want of subject-matter jurisdiction **cannot stop a court;**

and specifically the alleged court of record within the above referenced alleged Criminal

Case/Cause, from proceeding; and, does not void ALL orders, decisions, judgments, and the like

of said court as it cannot be waived. This may be asserted at anytime, even after trial for the first

time. This **does not affect by NOR negate** the act of entering a plea, not even a guilty plea, as

such would confess nothing; and, this lack/want of subject-matter jurisdiction, whether ensuing

from a fatally defective warrant of arrest or charging document/instrument; e.g., an Indictment as

in the above referenced alleged Criminal Case/Cause, for employing/using and citing

"unconstitutional statute(s)/law(s); or, "un/non-constitutional" statute(s)/law(s)/Code(s) without

nexus (relationship); e.g., contract or otherwise, established and existing between the parties,

does not effectuate the same result; i.e., **the indictment and/or judgment is VOID and a**

**complete nullity ab initio, unenforceable, and without binding force and effect, even before**

**reversal.**

24.     PROOF OF CLAIM, whereas other State Supreme Courts have held these so-called

"Revised Codes," or however termed/styled, not to be the law of their respective States, the

United States Code is any different from these other so-called "Revised Codes"; and, is the law

of the United States of America.  [See: In re Self v. Rhay, 61 Wash.2d 261, 264, 265, 377 P.2d

885 (1963); cf. Oakley v. Aspinwall, 3 N.Y. 547, 568; Village of Ridgefield Park v. Bergen Co.

Bd. of Tax, 162 A.2d 132, 134, 135, 65 N.J.Super. 133 (1960), citing: State v. Burrow, 104 S.W.

526, 527, 119 Tenn. 376 (1907)]

25.     PROOF OF CLAIM, all jurisdiction with; and of the United States/UNITED STATES is

not **by "contract"**; and thus said contractual constraints are **not binding** upon ANY and ALL

courts within said juridical constructs and the jurisdiction exercised therein.

26.     PROOF OF CLAIM, the "Executive Power"; i.e., the administrative branch of

Government; State and federal/national, as created, ordained, and established within the written

document/instrument for its existence, is not limited and guided by the "law of the land."

27.     PROOF OF CLAIM, the "law of the land" and "due process of law" **do not have the**

**same meaning**; and, the law intended by the Constitution; State and federal/national, is not the

common-law.  [See: State v. Doherty, 60 Maine 504, 509 (1872), which States: "The expressions

'due process of law' and 'law of the land' have the same meaning... The 'law' intended by the

constitution is the common law that was handed down to us from our forefathers, as it existed

and was understood and administered when that instrument was framed and adopted."]

28.     PROOF OF CLAIM, the "due process of law' clause as expressly written within the

Constitution for the United States of America, does not make and establish the common-law the

"law of the land." [See: U.S. Const. 4ᵃ Amendment; Walter Anderson, A Treatise on the Law of

Sheriffs, Coroners, and Constables, vol. I, § 166, p. 160 (1941), which States: "Heed should ever

be paid to the voice of common law as it has echoed down through the ages, loudly proclaiming

in the interests of the rights of the citizen, that it must not be forgotten that there can be no arrests

without due process of law..."]

29.     PROOF OF CLAIM, **the common-law** is not **the foundation of "due process of law."**

[See: 6 R.C.L., § 434, which States: "...it is clear that the common law is the foundation of which

is designated as due process of law.']

30.     PROOF OF CLAIM, "due process of law" and "the law of the land" does not declare

that, **a Private American, cannot be deprived of his liberty or property, unless by the**

**judgment of his peers or the law of the land.** [See: Constitution of/for the United States of



Conditional Acceptance for the Value/Agreement/Contract no.
ThemanjosephRF127714578US      copy-right/copy-claim:

America (1789, as amended 1791) article in amendment V; Thomas Cooley, Constitutional Limitations, 364 and notes].

31.   PROOF OF CLAIM, "due process of law" and what constitutes same is determined by the "Legislative Power" of Government; State and/or federal/national, and specifically that as exercised by the General Assembly of the present existing Government of the United States within and/or through its Statutes; and, is not **a restraint upon** the legislative as well as executive and judicial powers of Government. [See: Murray's Lessee v. Hoboken Imp. Co., 18 How (U.S.) 272, 276 (1855), which States: "It is manifest it was not left to the legislative power to enact any process which might be devised. The [due process] article is a restraint on the legislative as well as executive and judicial powers of Government, and cannot be so construed as to leave Congress free to make any process 'due process,' by its mere will."; State ex rel. v. Billings, 55 Minn. 466, 474 (1893)]

32.   PROOF OF CLAIM, whereas the Congress of the federal Government is not free to make any process it deems fit as constituting "due process of law," the General Assembly of the United States is free to make any process it deems fit as constituting due process of law.

33.   PROOF OF CLAIM, what constitutes "due process of law" is not to be ascertained by an examination of the settled usages and modes of proceeding in the common and statute laws of England before the immigration of The People to this land and adoption of any Constitution. [See: Twining v. New Jersey, 211 U.S. 78, 100 (1908)].

34.   You as the party bringing the claim understand that **I realized the onus is not on myself, it's not my responsibility to prove you have no jurisdiction, it's your responsibility to prove you have jurisdiction.** In times past the ministerial clerk's otherwise known as judges for the administrative courts, have sidestepped, ignored, have avoided responding directly to challenges. You as the party bringing the claim do not get to do that, not in this instance, and therefore will prove your standing, you will prove your capacity, you will prove your jurisdiction, you will prove your authority, you will prove that you represent the sovereign people, vs a private entity's interests.

35.   I know my estate shall never consent to involuntary servitude, and yes all of your actions or actions of involuntary servitude unless you can show that there is a contract, a subscription to

Conditional Acceptance for the Value/Agreement/Contract no.
:copy-right/copy-claim:
ThemanjosephRF127714578US

license, that was entered into knowingly, willingly, intentionally, deliberately, with full knowledge and awareness at the time of its engagement.

You will prove that this party has not attained the age of majority.

You will prove that this party does not have the right to be at liberty.

You will prove that your so-called defendant is a natural person.

You will prove that the captioned name any you are complaint represented by all capital letters is a natural person, and not a legal person and/or legal name.


36.     What is meant by "you will prove", is that your presumption of Law is hereby challenged, there is no foundational principle and presumption of Law. There is a foundational principle in an unrebutted affidavit, that there is no foundational principle for an unrebutted assumption, presumption. Just because you raise a point does it mean that another party is obligated to counter your point, if you raise a point it must be supported by facts and conclusions of law in the first instance or is construed in law as an invalid point. There must be validity to your claims, and yet you produce documents that are neither certified, backed by the full faith and credit, which are facsimiles, copies, not evidence. And then you allow your so-called officers of your so-called courts to testify, to introduce evidence, and this contrary to the very same decisions handed down by your very same courts. **For instance, an attorney, cannot "testify", nor can an attorney introduce evidence into a case, you cannot do it on his behalf, and or on behalf of another. Either he is an attorney, or he is a witness, but he cannot be both.** If he offers testimony, the net testimony can be impeached, if he introduces evidence, that so-called evidence must be supported by facts and conclusions of law, not by so-called rules of evidence. The courts don't get to create a rule, they are servants, can't create a rule that governs the people, there is no delegation of authority, and if there is please provide such with specificity, these rules that are completely spelled out within the framework of the Constitution and the Northwest ordinance of 1879. Therefore, I bring forth this my running objection to anyone claiming that they have introduced any evidence, especially if they're claiming to introduce things such as fingerprints, photos, documentation, and or testimony of any kind. **The information produced must be supported by an affidavit, sworn testimony under penalty, by an individual having firsthand knowledge of facts, not firsthand knowledge of presumptions.**



Conditional Acceptance for the Value/Agreement/Contract no.
ThemanjosephRF127714578US
:copy-right/copy-claim:

37.     The only thing that a party can do is to make objection the following:

Your presumed jurisdiction comes from the entering of a plea by a defendant, and/or the subscription and/or license to the contract! I nor my property shall, will, ever consent to such a subscription, to such a license, to such a contract quasi-or otherwise, under any circumstances whereby the benefit does not equate to a requirement. Your contracts and/or your agreements, require servitude, which is in violation of my right to not be subject to such. Your contract of involuntary servitude is interfering with my contract of involuntary servitude to my God. Your practices interfere with my right to practice my religion as I choose and as directed by my God. You cannot impair my contract with my God, you cannot interfere and or attempt to negate the obligations of my voluntary contract with my God. This is how I know that there is no possible way you could have a contract with myself under a presumed fictional title of named defendant, whereby I would have volunteered to be in servitude, because I am prohibited by my God from serving another or another God.

38. .   **A show cause hearing is demanded and the following attached proof of claims** by way of government must be responded to a claim by claim for which you are making with facts, conclusions of law, specificity, without conjecture, without Statements unsupported by facts or conclusions of law. Please keep in mind only Congress in the United States has the authority to make law, so the courts and their so-called case law is inadmissible in every court, **because case law has never been the law**, and a ruling by a judge is not a ruling by a common-law jury, for the Constitution only recognizes the decisions of a common-law jury as being on rebuttable, so once again I place my running objection to the aforementioned arguments, standing capacity, and lawful application. Your courts are **debt collectors**, and therefore the United States is deemed in law to be a debt collector, these proceedings take place under an act which identifies the procedures for collecting a debt (28 USC 3002).

39.     The law grants myself, my person the right to offset, the alleged damage that has been suffered, the void judgment that has not been corrected, despite the fact that this Court in the appeals court had an obligation to correct the void judgment. The denial of due process, the denial of the right to an evidentiary hearing, the denial of the right to subpoenas, the denial of the right to medical treatment, the denial of the right to bail, the denial of the right to access the

Conditional Acceptance for the Value/Agreement/Contract no.
ThemanjosephRF127714578US    ':copy-right/copy-claim:

Court, the denial of the right to access the mails, the denial of the right to practice a religion of choice, the denial of the right to be at liberty, the denial of the right to contract, the denial of the right to speak, the denial of the right to not be subjected to cruel and unusual punishment, the denial of the right to not be subjected to the invasive examination of one's capacity, the denial of the right to challenge the jurisdiction of your courts and every other complaint associated with this matter presented to this body by this person.

40.    **Your Standing Order and Oath** - You and this Court and the other officers of this court have taken an oath, you are under oath while sitting in the capacity of your office, anything you say can and will be used against you under that oath of office, and it is under that oath that I will bring forth my claim against you, and we will continue my claim by introducing this into your courts and proceeding with an administrative remedy known as arbitration.

**Take notice: You will have 10 calendar days from the date of receipt of this communication to respond, 10 calendar days whereby you will have to rebut each and every one of the accompanying governing "proof of claims" and/or provide facts and conclusions of law supporting your position. Your failure to do so will be construed as a violation of your oath of office, acting in bad faith, and such would be construed as bad behavior during the commission of your duty of care of office.**

41    ...We said in Western Lawrence County Road Improvement District v. Friedman-D'Oench Bond Co., 162 Ark. 362, 258 S.W. 378, 382: 'At section 537 of Page on Contracts (2d Ed.), it is said: 'One who has entered into a contract which (he or she) might avoid because of personal incapacity, such as an infant, an insane person, a drunkard, and the like, has the election to affirm such contract, or to disaffirm it, and when (he or she) has exercised (his or her) election, with full knowledge of the facts, such election is final...An infant's contracts relating to personal rights or personality may be disaffirmed by him while (he or she) is still an infant. 'The general rule, ... is that the disaffirmance of a contract made by an infant nullifies it and renders it void ab initio, ... and an infant may disaffirm contract during (his or her) minority or within a reasonable time after reaching (his or her) majority. The general rule, ... is that the disaffirmance

**Conditional Acceptance for the Value/Agreement/Contract no.**
**ThemanjosephRF127714578US :copy-right/copy-claim:**

of a contract made by an infant nullifies it and renders it void ab initio, and that the rights

of the parties are to be determined as though the contract had not been made, the parties

being restored to the status quo * * ... **In 27 Am. Jur. Infants, § 11, p. 753; ...43 C.J.S.**

**Infants § 76 c, at page 183; In 43 C.J.S. Infants § 75 b, at p. 171; 43 C.J.S. Infants §**

**75f, p. 176, Executors and Administrators, § 189; In 43 C.J.S. Infants § 75, p. 176, 43**

**C.J.S., Infants, § 78, pp. 190, 192....**


42.      **i further attest, affirm, DECLARE, as well as certify that i have firsthand actual**

**knowledge of all of the events described herein.** That the legal document, certificate of title,

security instrument, known as the accusing indictment cases # 1:21-cr-20242,1:20-cv-21601,

1:20-mj-03050, 8:20-mj-01657 and indicated above carries information referring to my name, as

well as other credentials similar to my name . That name and all derivatives created from it are

therefore my property. My given name and derivatives from it are my property, being used for

profit by others. Be advised i am resigned as registered agent for the agency associated with this

instrument/indictment and do so by sending proper notification of this resignation to Responsive

Parties listed. That i hereby withdraw any and all permissions extended to any party now or at

any time in the past to oversee or administer .my properties, with reference to this instrument,

my securities, and/or my interest, i am the true holder in due course of my property. i disaffirm

any and all invalid or unverified contracts to the contrary. those presumed contracts are void ab

initio.


43. **i do hereby attest, declare, and affirm i am making this notice of estoppel and notice of**

**constitutional challenge on the record, and into the record of Case# 1:21-cr-20242,1:20-cv-**

**21601, 1:20-mj-03050, 8:20-mj-01657.** *As indicated on the enclosed certificate, with all given*

*natural rights reserved, and born on earth a Natural man on August 22 ,1987, on the land of*

*Massachusetts and as indicated on the enclosed certificate of live birth* **i have attained the age**

**of majority, i am competent, and capable of handling my own affairs and require/request**

**that this be reflected in all records associated thereto/hereto immediately! i; a man an**

**American State National of the soil and land juris(Right Law) Diction(words- Language).  i**

**hereby of my own accord and in compliance with the Age of Majority Act and the**

**associated local act[s] assume, commandeer, seize control of any and all accounts, assets,**

Conditional Acceptance for the Value/Agreement/Contract no.
ThemanjosephRF127714578US        :copy-right/copy-claim:

affairs associated with the minor account[s] and any and all primary account[s], heretofore,

forthwith, retroactively, and perpetually.

44.    The record shall reflect the attaining of the age of majority/adulthood, binding upon all

jurisdictions, that i am a Native American, born in North America on the date indicated on the

certificate of live birth, and this is my will, and i place this information as a Memorial of my will,

and do so attesting under the organic Constitution of the United States of America, that the

aforementioned information is accurate AND i DO HEREBY ATTEST, DECLARE AS WELL

AS AFFIRM THAT i HAVE NOTICE OF ESTOPPEL AND STIPULATION OF

CONSTITUTIONAL CHALLENGE.

45.    This affidavit is completed with my hand sign, which shall serve as a self-authenticating

notary i.e. evidence.

All Rights Reserve*

By: _joseph - timothy : grenon_

This _1_ day of _March_   20 _2 2_

All Rights Reserved without prejudice

POA By: candi: Tee:



All Rights Reserved



