joseph timothy of the House and lineage of grenon
A Son of The One True Creator
Ambassador to the Kingdom of Heaven
c/o 7115 N Division B-307
Spokane, Washington



FILED BY _____ D.C.
JUL 22 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Everything is Trust and there is nothing that is not trust
No Trust can Fail for want of a Trustee
The primary responsibility of the Trustee is to protect the Trust

For your Reference : case # 1:21-cr-20242, and 1:20-cv-21601, and 1:20-mj-03050

i joseph timothy, a son of God from the house and lineage of those known as grenon, come to you as a friend of the court, not as surety or as an enemy of the state, nor do i have any friends or allies who are enemies of the state. i am here to recognize the Trust and Trustee.
i repent for all my sins against the trust, please forgive me. i surrender the legal person into the custody of the Trustee.

After the birth of joseph timothy of grenon, on or around the day of my Lord August 22, in the year 1987 my Mom applied for a birth certificate for licenses so as to do business in commerce. Shortly thereafter the JOSEPH TIMOTHY GRENON Trust was created and Trustees were appointed.

i, joseph timothy, son of God, declare i am Beneficiary and not surety of the said commercial trust. Therefore, i recognize UNITED STATES DISTRICT COURT Southern District of Florida as Trustee for JOSEPH TIMOTHY GRENON.

As a friend of the court, and the Beneficiary of the Trust, i join with the Trustee to protect and defend the Trust from all attacks by pirates and privateers both foreign and domestic and encourage said court to perform duties of Trustee and protect and defend the Trust from unauthorized claims.

i kindly ask the Trustee to investigate the validity of claimant's action against the Trust and if claimant is found to have standing, and the claim to have merit, then please pay the debt of the Trust out of the proceeds of the Trust.

In addition, this attack on the Trust has caused me great harm and i have suffered emotional angst, loss of sleep, financial hardship and great stress, and have been falsely imprisoned, falsely arrested; my property has been stolen, i am humbly petitioning the Trustee for financial recoupment and other remedy at the discretion of the Trustee so that i may be made whole.

Thank you so much for all that you do, i appreciate you upholding your trusteeship.
If you need anything further please do not hesitate to contact me.
Thank you,

all rights retained, without prejudice
beneficiary joseph timothy
by: joseph timothy, beneficiary
authorized agent
(By POA)

1 of 2

# CERTIFICATE OF VITAL RECORD

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

## The Commonwealth of Massachusetts   R 899025
### DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS



Commonwealth of Massachusetts
Registry of Vital Records and Statistics

## RECORD OF BIRTH



07012019

REGISTERED NUMBER: 3261
STATE FILE NUMBER: 040109

**CHILD**

NAME: JOSEPH TIMOTHY GRENON
SEX: MALE          PLURALITY: SINGLE
DATE OF BIRTH: AUGUST 22, 1987    TIME: 10:24 PM
PLACE OF BIRTH: WORCESTER, MASSACHUSETTS

**PARENT**

NAME: BARBARA MARIE GRENON
SURNAME AT BIRTH OR ADOPTION: SHIRLEY
BIRTHPLACE: ARLINGTON, MASSACHUSETTS
AGE OR DATE OF BIRTH: JULY 21, 1956

**PARENT**

NAME: MARK SCOTT GRENON
SURNAME AT BIRTH OR ADOPTION: —
BIRTHPLACE: NORWOOD, MASSACHUSETTS
AGE OR DATE OF BIRTH: AUGUST 09, 1957

AT-BIRTH RESIDENCE: MAYNARD, MASSACHUSETTS

DATE OF RECORD: AUGUST 31, 1987

DATE ISSUED: APRIL 25, 2022

Karin A. Barrett
**Registrar of Vital Records and Statistics**

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records. IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY MAIL EXPRESS®

**UNITED STATES POSTAL SERVICE®**

EI 350 080 132 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( )

Grenon
407115 N Division
B-307
Spokane Washington
[99208]

U.S.M.S.
INSPECTED

**DELIVERY OPTIONS** (Customer Use Only)
- ☐ SIGNATURE REQUIRED
- ☐ No Saturday Delivery
- ☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )

United States
District Court Souther District
of Florida
400 North Miami avenue 8N09
Miami Florida  33128

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 99005
Date Accepted (MM/DD/YY): 07/20/22
Time Accepted: 1:34 PM
Scheduled Delivery Date: 07/21/22 INSPECTED
Postage: $26.95
Weight: 4 ozs. ☒ Flat Rate
Total Postage & Fees: $26.95

**DELIVERY (POSTAL SERVICE USE ONLY)**

Employee Signature: [signature]

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996





⇨ PEEL FROM THIS CORNER