UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MARK SCOTT GRENON**,
**JONATHAN DAVID GRENON**,
**JORDAN PAUL GRENON**, and
**JOSEPH TIMOTHY GRENON**,

    Defendants.
_____/

## ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE

THIS CAUSE came before the Court *sua sponte*. Pursuant to 28 U.S.C. section 636(b)(1), Federal Rule of Criminal Procedure 59, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is

**ORDERED** that this Defendants' Requests for Appointment of Counsel [ECF Nos. 90, 91, 92, and 93] are for REFERRED to United States Chief Magistrate Judge Edwin G. Torres.

**DONE AND ORDERED** in Miami, Florida, this 19th day of August, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Defendants
       Chief Magistrate Judge Edwin G. Torres