## IDEOLOGICAL SUBVERSION – THE SUBVERSION of IDEOLOGY

Ideology is the basis of everything. It determines who you vote for. It determines what you buy, it determines what you like, what you don't like, it determines what you think is good and what you think is evil. Everything is informed by information. And so, who controls the information, controls these decisions, controls these perceptions, and controls all these things.

When you are dealing with communism or socialists this is of course not only a key and juicy target because it can used, but also one of the key threats that today's influencers face. Ie: The Genesis II Church of Health and Healing and the Bishops Grenons.

In current times, we can look to the Chinese Communist parties which has the three warfare docs adopted into its military code which is focused on ideological subversion. The three categories they have are 1... Media Warfare  2... psychological warfare 3... legal warfare.

Manipulation of the legal system – control of all outlets of information – and also psychological warfare which is worldview warfare which is changing the way people perceive information. Changing again the perception of information e.g., the disinformation or the control of information. And then using that as the foundation for the building blocks of perception. This worldview warfare being perpetrated here in the U.S. has got to stop!

It is unfortunate that the FBI, DOJ, FDA, IRS, CIA and other 3 letter agencies currently operating in these united states of America have been given the assignment to collect information on every individual of influence in this country. Data and information are collected on the influencers so as to railroad or trap them into subversion.

This is where the Bishops Grenon's and their Genesis II church of health and healing fall under. Once they became great and super influencers while broadcasting the benefits of (MMS) Chlorine Dioxide, they became a target for the three letter agencies.

The Bishops Mark, Joseph, Jonathan, and Jordan Grenon were kidnapped from their place of worship, their bank accounts were frozen, their material for the making of this product (MMS) Chlorine Dioxide) (which is not illegal) was confiscated and the bishops were jailed and silenced since July 2020. They remain behind bars against their will for the last two years.

The concerning thing today, in the year 2022 is that many see the current administration as going in that direction for the American people. Many well-known influencers reputation and lives are being destroyed. Some have been suicided, thrown in jail, targeted politically, false evidence planted and who knows what else is being perpetrated.

These men, the bishops Grenons are missionaries. They don't have a parking or speeding ticket amongst them. They have saved millions of people's lives and millions know about them. The outcome of this case will mean a great deal to millions watching.

This kind of thing is currently happening to not only the Grenons but many other influencers as well. e.g.: **ALEX JONES, TUCKER CARLSON, DR. SIMONE GOLD, and others as well as PRESIDENT TRUMP** being the main influencer of billions just to name a few. This invasion or raid of his mar-a-logo home is unprecedented and unbelievable. Billions are still in shock. However, a true wake-up call for billions. How can I say these things? Well, I (little old me.. a nobody) have been added to the Government watchlist, the CIA, the Interpol and listed as someone connected to an extremist group. And I influence no one but am being watched. I can't begin to imagine what is happening to those mentioned above.

That said, please know that these men are children of the most high. GOD. They are protected by the most high. GOD gave man dominion over land, air and water. And this is LAW. See **Genesis 1:26-28** Also see: Public Law 97-280

The Grenons are not evil men or murderers. They are missionaries. Their goal is to help others and do no harm. Their religious rights have been violated. They are GOD's children. Dismiss their case and send them home.

FILED BY _____ D.C.
AUG 24 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

SANTA BARBARA CA 931
16 AUG 2022 PM 2 L

Chief Judge Cecilia M. Altonaga
400 North Miami Ave Rm 13-3
Miami, Fl. 33128

Elizabeth Lamboy-Wilson
1573 Patricia Ave Apt 33
Simi Valley, CA 93065

2021