From: Charline Evers and Charles Evers
186 Beach Street
Bronx, NY, 10464



FILED BY_____D.C.
AUG 29 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To: Judge Cecilia M Altonaga
Case #21-CR-20242
Chief United States District Judge
Southern District of Florida
Angela El Noble, Court Administrator
400 N. Miami Avenue 8th Fl
Miami, FL 33128

concerning:
Mark Grenon
Inmate # 13103510
FDC Miami
P.O. Box 019120
Miami, FL 33101-9120

TESTIMONIAL BY CHARLINE EVERS AND CHARLES EVERS: MARK GRENON AND JOSEPH GRENON AND THEIR FAMILIES TOOK CARE OF US FOR A MONTH IN SANTA MARTA USING MMS, MMS2 AND DMSO:

2017 was a particularly bad year for my husband and I health wise. It had started out amazing with a World Cruise including a trip to India. Unfortunately we got sick with the diarrhea for a very uncomfortable day. But as we went into the airport in New Delhi my husband had what we thought was dehydration symptoms as the airport doctor told us. We got special hydration powders, my husband was placed in a wheelchair and we were off to catch our plane home which had a stop in Abu Dhabi for a few hours then a flight back to New York. During the flight my husband discovered that although he could walk well and talk normally, he could not recognize faces, nor read, nor understand his photos on his phone. The only way he could find me was by my red sneakers. It was frightening. As soon as we got to JFK, we got an ambulance to take him to the hospital, Jamaica Hospital, the nearest. He definitely was badly dehydrated with his tongue having deep fissures. They immediately hydrated him. They also diagnosed that he had had a stroke in the area of face recognition. A small area, but very important. He also could not recognize men from women or any race. He could however see their emotions on their faces.

He came home three days later. He immediately got into his truck and drove it. No problem there. As the months progressed his reading ability came back, but it was a chore and was slow. No more books. He could not retain the information to be able to enjoy the stories. He was able to carry on his work but it was terribly difficult. He is a very strong man and did his best.

The following year I got the Bird Flu. It really was bad. I became very weak. I wish I had taken MMS then. I was so weak I did not think of it. I had been taking MMS for years. I became so weak I had to crawl up my stairs at home in New York. Sometimes I needed a 4 hour nap in the day just to get through it. My doctor tried everything to help me, but I remained weak.

Christmas of 2018 I decided that I was extremely desperate about my health and wrote to Mark Grenon to see if he would agree to accept me to his Health Restoration Center in Santa Marta, Colombia. He accepted and I was so very happy. My husband and I stayed there for a month. We had raw eggs and raw milk and raw honey in a drink every morning. These gave us strength. We also ate a lot of wonderful organic meat which is plentiful in Colombia!! He wanted us to eat all foods.

Along with amazing meals cooked by Mark and Joe and his family, we took MMS1 and MMS2 and DMSO.  We were careful not to eat antioxidant foods as that would cancel the MMS.  We could eat these at the end of the day when MMS was done doing its job.  Otherwise it would cancel out the oxidant work of the MMS.

My husband decided he would take the MMS too.  Mark put us up in a little apartment only a block from the amazing Rodadero Beach.  Part of our healing was to go to the beach in the morning and swim as well as in the afternoon, avoiding the sun at noon.  It was absolutely wonderful there.  The water was clear, being The Caribbean, and was full of fish swimming by as well as birds.  The people there were so friendly.  We had one day off where we went to a local hotel and hit the pools and were able to eat and drink anything we wanted, and no MMS for the day.

Mark and family took us up into the mountains to see where the raw milk came from and to eat amazing sausages and meat cooked over a fire in a restaurant on a dirt road!  What an adventure.  Mark and his son Joe came every morning to check up on us and every evening and gave us such wonderful care.  They also educated us about MMS.  The food they cooked was delicious and healthy!!

After only a week taking the MMS and DMSO, my husband discovered that he could read well again and started reading Clive Cussler, his favorite.  We read at the beach in our cabana.  He was so happy.  He also thought more clearly.  This was absolutely amazing!!!

Mark made me a special soup of beef legs, pig legs and chicken feet which were cooked in a crock pot for two days, then bones taken out, I ate it.  My knees were full of arthritis and I could hardly walk.  My body needed to replace my cartilage.  It took a few months, as I also made this when I got home.  But my knees are great now.  I still make it on and off to keep myself good.  We both ate it.

So it turned out that my husband was the one who really got the most of this MMS treatment!

We continued the MMS1 and DMSO for two months at home.  I have been on MMS2 on and off and I am slowly getting better.  I walk up the stairs now and don't always need a nap.  Maybe twice a week after gardening too much in the sun.  I walk my dog twice a day and don't come home exhausted any more!!!

I also got rid of the face cancerous cells that used to be burned off from the sides of my face.  I did this by using the 40/40 drops of MMS and HCL activator in a spray bottle filled with distilled water.

MMS simply cleans the body.  It is that simple.  The DMSO helps carry the MMS deeper into the body.  Mark and Joe taught us how to use it safely.

I thank Mark and Joe Grenon with all of my heart for the help they have given us.  We also learned that Santa Marta, Colombia is a beautiful, safe and healing place.

Mark has been a minister for over 40 years.  And still is.  The Genesis Church of Health and Healing.

What was done to him was criminal.  He needs to go back to his family.  Children have been born that he and his sons have never seen.

I want this testimonial to be in Joes and Mark's hands when they are in court.  I will be sending this to Mark Grenon's wife and mother of his children.

The Genesis Church of Health and Healing is world wide. Any religion is accepted. We are all people that need help. People all around the world use MMS. It is a personal choice. MMS is our sacrament. Some churches have sacraments such as using snake venoms. No one put them in jail. I brush my teeth every day with MMS. It is available world wide. Why in the United States do we have our rights taken away. It is unthinkable.. I am absolutely shocked by the whole thing. It makes me loose my great faith in my country. I am extremely sad about this state of affairs. You, as a judge, are responsible for the outcome of your decisions.

Sincerely and with hope that our government can give them back their rights. Mark Grenon and his son Joseph Grenon are the best people I have ever known. Let them free with Mark's other two sons. I look forward to see their family united and healing. You have the ability to do this.

Charline Evers

*[signature: Charline Evers]*

Charles Evers

*[signature: Charles Evers]*

Sworn to before me this 24th day of August 2022

*[signature]*

Notary public

WILLIAM G. FORERO
Notary Public, State of New York
Reg. No. 02FO6389230
Qualified in Nassau County
Commission Expires March 25, 2023

Sworn to before me this 24th day August 2022

*[signature]*

Notary Public

WILLIAM G. FORERO
Notary Public, State of New York
Reg. No. 02FO6389230
Qualified in Nassau County
Commission Expires March 25, 2023

Charlimer Encars
Charlee Evans
186 Beach Street
Bronx, NY 10464




U.S. POSTAGE PAID
FCM LETTER
BRONX, NY
10464
AUG 24, 22
AMOUNT
**$7.85**
R2304M114798



To: Judge Cecilia M Altonaga
Case #21-CR-20242
Chief United States District Judge
Southern District of Florida
Angela E Noble, Court Administrator
400 N. Miami Avenue 8th Fl
Miami, FL 33128

7022 1670 0001 9866 2609

33128-181047