UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20242-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSEPH TIMOTHY GRENON**, *et al.*,

    Defendants.

_____/

# **ORDER**

**THIS CAUSE** came before the Court on Defendants' Motions to Dismiss for Failure to Provide a Speedy Trial and Prosecutorial Misconduct [ECF Nos. 104, 105, 106]. The nearly identical Motions seek dismissal of the Indictment [ECF No. 16] due to the Court's failure to provide Defendants a speedy trial and on the mistaken assumption the Government has engaged in prosecutorial misconduct by asking that competency evaluations of the Defendants be conducted. (*See generally id.*; Order [ECF No. 85]). As the Government correctly notes in its Response . . . [ECF No. 110], the accusations of prosecutorial misconduct are ill-advised, as the Court ordered that Defendants be evaluated for competency; the Government neither moved for the evaluations nor suggested them. (*See id.* 2). As to the claimed violations of Defendants' speedy trial rights, the several Administrative Orders entered (*see id.* (citations omitted)) and the several Orders continuing the trial in this case (*see id.* 3–4 (citations omitted)) result in zero non-excludable Speedy Trial days elapsing. Defendants' speedy trial rights have not been violated.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motions to Dismiss for Failure to Provide a Speedy Trial and Prosecutorial Misconduct [**ECF Nos. 104**, **105** & **106**] are **DENIED**.

CASE NO. 21-20242-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 19th day of September, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record
      Defendants, *pro se*